IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

ELIZABETH CARRIZAL,
    Plaintiff,

v.                                                                                           Cause No.: 3:23-cv-00343

STATE OF TEXAS - HEALTH AND
HUMAN SERVICES COMMISSION,
    Defendant.

## PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

TO THE HONORABLE COURT:

Plaintiff, ELIZABETH CARRIZAL ("Plaintiff" or "Employee Carrizal"), now files this Original Complaint against Defendant, STATE OF TEXAS - HEALTH AND HUMAN SERVICES COMMISSION ("Defendant" or "Employer EPSSLC"), and respectfully shows as follows:

### I. PARTIES

1. Plaintiff, Elizabeth Carrizal, is a natural person residing in El Paso, Texas.

2. Defendant State of Texas, by and through the Texas Health and Human Services Commission, is a state of the United States of America and may be served with process by serving its agent for service of process in this cause, Executive Commissioner Cecile Erwin Young, at Brown-Heatly Building, 4900 N. Lamar Blvd., Austin, TX 78751 or alternatively at at North Austin Complex, 4601 W. Guadalupe St., Austin, TX 78751.

### II. JURISDICTION

3. Jurisdiction is proper in this Honorable Court based on federal question jurisdiction.

## III. CHRONOLOGY OF FACTS

4. Employers MUST prevent sexual harassment by coworkers at work to protect employees from financial injuries and emotional trauma.

5. Employers MUST safely prevent retaliation against employees who oppose or report workplace sexual harassment to protect employees from financial injuries and emotional trauma.

6. Employers MUST prevent sex discrimination at work to protect employees from financial injuries and emotional trauma.

7. Employers MUST safely prevent retaliation against employees who oppose or report workplace sex discrimination to protect employees from financial injuries and emotional trauma.

8. The State of Texas' Health and Human Services Commission operates the El Paso State Supported Living Center as an employer.

9. Employer EPSSLC MUST prevent sexual harassment by coworkers at work to protect employees from financial injuries and emotional trauma.

10. Employer EPSSLC MUST safely prevent retaliation against employees who oppose or report workplace sexual harassment to protect employees from financial injuries and emotional trauma.

11. Employer EPSSLC MUST prevent sex discrimination at work to protect employees from financial injuries and emotional trauma.

12. Employer EPSSLC MUST safely prevent retaliation against employees who oppose or report workplace sex discrimination to protect employees from financial injuries and emotional trauma.

13. On or about October 14, 2021, Employer EPSSLC hires an Employee as a Direct Support Specialist I.

**Employer EPSSLC Direct Support Professional II Alfonso Jimenez sexually harasses the Employee.**

14. Beginning on November 1, 2021, and continuing through November 1, 2022, Employer EPSSLC Direct Support Professional II Alfonso Jimenez sexually harasses the Employee, as follows:

    a. Employer EPSSLC Direct Support Professional II Alfonso Jimenez inappropriately touches and caresses the Employee's shoulder while discussing data on residents during work shifts. Direct Support Professional II Alfonso Jimenez repeatedly does this throughout the Employee's employment with Employer EPSSLC.

    b. When Direct Support Professional II Alfonso Jimenez is alone in the chart room with the Employee, Jimenez tells the Employee how Jimenez is very sexually active, especially with female co-workers since it is convenient that they both work at the same time and in the same facility. Direct Support Professional II Alfonso Jimenez's conversations with the Employee about how he is sexually active make the Employee feel extremely uncomfortable in the workplace.

    c. Direct Support Professional II Alfonso Jimenez repeatedly tries to convince the Employee to have an extra-marital affair with him. Jimenez tells the Employee that if the Employee gives in to his sexual demands, has an affair with him, and sleeps with him, then he could open the door to better employment opportunities for the Employee because he is friends with Employer EPSSLC Administrative Director of Programs Mara Elena Trail.

    d. Throughout the Employee's employment with Employer EPSSLC, Direct Support Professional II Alfonso Jimenez repeatedly brushes his body up against the Employee. Direct Support Professional II Alfonso Jimenez tells the Employee that it is difficult for him not to bump against the Employee because the Employee's butt is so big.

15. Employer EPSSLC Direct Support Professional II Alfonso Jimenez receives the Employee's repeated complaints about the sexual harassment when the Employee, on multiple occasions, rejects his sexual demands and tells him to stop harassing the Employee.

16. Direct Support Professional II Alfonso Jimenez responds to the Employee's complaints by directing other staff members, and in particular Araceli Hernandez, to assign the Employee difficult tasks that no one else at Employer EPSSLC wants to do.

**Employer EPSSLC Direct Support Professional Andres Trujillo sexually harasses the Employee.**

17. On or about September 13, 2022, Employer EPSSLC Direct Support Professional Andres Trujillo sexually harasses the Employee by taking photos of the Employee, without the Employee's permission, of the Employee's behind, her buttocks, while the Employee is walking away after letting Trujillo in the clinic door.

18. Direct Support Professional Andres Trujillo later tells other Employer EPSSLC staff members that he was taking a picture of the Employee's buttocks.

19. Direct Support Professional Andres Trujillo then receives the Employee's in-person complaint about Trujillo's sexual harassment of the Employee, that Trujillo violated the Employee's civil rights, and acted in violation of Employer EPSSLC's policy. Trujillo also receives the Employee's notice that the Employee is going to contact the Incident Manager to get an investigator to delete the photos.

20. Employer EPSSLC's security cameras record this incident.

21. Employer EPSSLC is aware the Employee subsequently sees the video of the incident which clearly shows Trujillo taking photos of the Employee.

**Employer EPSSLC's Incident Manager receives the Employee's sexual harassment complaint.**

22. Employer EPSSLC then receives the Employee's sexual harassment complaint, via the Employee's call to the Incident Manager, that Direct Support Professional Andres Trujillo took pictures of the Employee's buttocks as the Employee walked away.

23. Employer EPSSLC is on notice, via the Employee's report to the Incident Manager, that the Employee feels harassed, unsafe, and uncomfortable having pictures of the Employee's backside, her buttocks, taken by male staff.

24. Employer EPSSLC Investigator Ray [LNU]'s investigation, however, is solely focused on whether there were any pictures of clients taken at the time and not on Employee's sexual harassment complaints.

25. Investigator Ray then tells the Employee **what to write** in a statement in Employee's handwriting, "in order to close this *little* incident."

26. Employer EPSSLC's only response to the incident is to pass around a paper that reiterates the policy that sexual harassment is not tolerated and to remind staff that there is a "no tolerance for photos of any sort on campus."

27. Employer EPSSLC takes no actions against Direct Support Professional II Alfonso Jimenez or Direct Support Professional Andres Trujillo.

**Employer EPSSLC Director Jim Rodriguez terminates the Employee.**

28. On or about November 29, 2022, less than 3 months after Plaintiff complains of sexual harassment, Employer EPSSLC Director Jim Rodriguez terminates the Employee's employment under false pretenses.

29. That Employee is Ms. Elizabeth Carrizal.

## IV. CAUSES OF ACTION

### Sex Discrimination, Sexual Harassment, and Retaliation

30. Plaintiff was discriminated against, harassed, retaliated against, and fired in violation of Title VII, which protects employees from sex discrimination, sexual harassment, and retaliation.

31. Defendant sponsored, encouraged and condoned its agents' discrimination, retaliation, and harassment of Plaintiff.

32. All conditions precedent to the filing of this action have occurred or have been fulfilled.

## V. NOTICE OF RIGHT TO SUE

33. Attached as Exhibit A is the Notice of Right to Sue issued by the U.S. Equal Employment Opportunity Commission.

## VI. DAMAGES

34. As a direct and proximate result of Defendant's discrimination, harassment, retaliation, and conduct against Plaintiff, as described above, Plaintiff has suffered harms and losses. Plaintiff's harms and losses include in the past and the future: lost wages and benefits; employment opportunities; lost income; loss of earning capacity; mental anguish; emotional pain and suffering; inconvenience; loss of enjoyment of life; and other non-pecuniary losses.

## VII. ATTORNEY'S FEES

35. Plaintiff is entitled to recover reasonable and necessary attorney's fees and costs under 42 U.S.C. § 2000e-5(k), including any applicable expert fees.

## VIII. JURY TRIAL DEMAND

36. Plaintiff requests that this case be decided by a jury as allowed by Federal Rule of Civil Procedure 38.

## IX. PRAYER

37. Plaintiff respectfully prays that she recover, from Defendant, actual damages, including but not limited to, past and future lost earnings, mental anguish and inconvenience, emotional pain and suffering, loss of enjoyment of life, bodily injury, pain and suffering,

economic damages and benefits in the past and future, compensatory damages, punitive damages, pre-judgment interest, post-judgment interest, attorney's fees, costs, and such other and further relief to which she may show herself to be justly entitled, in law and in equity.

**SIGNED** on this September 12, 2023.

> Respectfully submitted,
>
> **CHAVEZ LAW FIRM**
> 2101 Stanton Street
> El Paso, Texas 79902
> (915) 351-7772
>
> By: _/s/ Enrique Chavez, Jr._
>
> **Enrique Chavez, Jr.**
> enriquechavezjr@chavezlawpc.com
> State Bar No.: 24001873
> **Michael R. Anderson**
> manderson@chavezlawpc.com
> State Bar No.: 24087103
> *Attorneys for Plaintiff*